UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 3:04-CR-00035-LRH-RAM |
| ) | |
| v. ) | |
| ) | ORDER |
| ROBERT DEAN ELLSWORTH, ) | |
| ) | |
| Defendant. ) | |

Before the Court is Defendant's Motion for Order Authorizing Page Limit Extension. Doc. #50.[1] Because the Court considered the entirety of Defendant's Motion to Dismiss (Doc. #51), including all accompanying exhibits, in ruling thereon, the Court denies Defendant's Motion as moot.

IT IS THEREFORE ORDERED that Defendant's Motion for Order Authorizing Page Limit Extension (Doc. #50) is DENIED as moot.

IT IS SO ORDERED.

DATED this 22nd day of October, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the Court's docket number.