```
                    UNITED STATES DISTRICT COURT

                          DISTRICT OF NEVADA

                                 * * *
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 3:04-CR-00035-LRH-RAM |
| v. | ) | |
|  | ) | ORDER |
| ROBERT DEAN ELLSWORTH, | ) | |
| Defendant. | ) | |

Before the Court is Defendant's *pro se* Motion to Renew Motion to Dismiss for Lack of Subject Matter Jurisdiction. Doc. #62.[1] The United States filed a Response (Doc. #63), to which Defendant replied (Doc. #64).

On May 6, 2013, Defendant, acting *pro se*, filed a nearly identical motion styled as a "Motion to Dismiss and Vacate Case and All Proceedings and Orders Therein for Lack of Subject Matter Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(h)(3)." Doc. #51. Again on December 23, 2013, Defendant, acting *pro se*, filed another nearly identical motion styled as a Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3) for Lack of Subject Matter Jurisdiction. Doc. #57. In all three Motions, Defendant asserts that the Court lacked subject matter jurisdiction because the entirety of Title 18 United States Code, including Section 3231, under which he was charged, prosecuted, convicted, and sentenced, was not properly

---

[1] Refers to the Court's docket number.

1  enacted into law.  Doc. #51, p. 10; Doc. 54, p. 6; Doc. #57, pp. 2-3 (citing Exhibit A); Doc. #62, p.
2  2; Doc. #64, p. 2.
3       On October 23, 2013, the Court issued an Order denying Defendant's motion as both
4  untimely and as to the merits.  Doc. #55.  Again on January 31, 2014, the Court denied Defendant's
5  Motion, finding his argument that 18 U.S.C. § 3231 was not properly enacted to be entirely lacking
6  in merit.  Doc. #60.  The current Motion is redundant and is denied on the same basis as set forth in
7  Orders #55 and #60.
8
9       IT IS THEREFORE ORDERED that Defendant's Motion to Renew Motion to Dismiss for
10  Lack of Subject Matter Jurisdiction (Doc. #62) is DENIED.
11       IT IS SO ORDERED.
12       DATED this 17th day of March, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE